# IN THE SUPREME COURT OF THE STATE OF NEVADA

THI OF NEVADA AT CHEYENNE, LLC, A FOREIGN CORPORATION, D/B/A COLLEGE PARK REHABILITATION CENTER; HEALTHCARE REALITY OF CHEYENNE, LLC, A DELAWARE CORPORATION; AND FUNDAMENTAL ADMINISTRATIVE SERVICES, LLC, A DELAWARE CORPORATION,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MICHAEL VILLANI, DISTRICT JUDGE,
Respondents,
and
JEFFREY A. MYERS; AND ANDREW JAMES,
Real Parties in Interest.

No. 84782

FILED

JUN 2 4 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original petition for a writ of mandamus that would direct the district court to grant a motion in limine.

Petitioners have not provided this court with all the documents necessary to review this petition, including the motion in limine that is the subject of this writ petition and the district court order denying that motion. NRAP 21(a)(4) (providing that the petitioner shall submit an appendix containing all documents essential to understand the matters set forth in the petition); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that

22-20073

extraordinary relief is warranted."). We therefore cannot properly evaluate the petition. *Pan*, 120 Nev. at 229, 88 P.3d at 844 ("If essential information is left out of the petition and accompanying documentation, we have no way of properly evaluating the petition.").

Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:    Hon. Michael Villani, District Judge
Giovanniello Law Group
Cap & Kudler
Eighth District Court Clerk